Angela Alioto (SBN 130328)
Jordanna G. Thigpen (SBN 232642)
**LAW OFFICES OF JOSEPH L. ALIOTO AND ANGELA ALIOTO**
700 Montgomery Street
San Francisco, CA 94111
Tel: 415-434-8700
Email: jgt@aliotolawoffice.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| KIM GUILLORY and SHARON TESLER,<br><br>           Plaintiffs,<br><br>     vs.<br><br>UNITED AIRLINES, INC., a Delaware corporation, and DOES 1-50,<br><br>           Defendants. | CASE NO. 4:20-cv-7199 JST<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date of Filing:     January 25, 2021<br><br>Judge:     Hon. Jon S. Tigar |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The undersigned is counsel of record for Plaintiffs Kim Guillory and Sharon Tesler, and hereby submits the following disclosure statement pursuant to Civil Local Rule 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, and the additional parent identified in Defendant's Certification (DE 2) there is no such interest to report.

Respectfully submitted,

Dated: January 25, 2020     **THE LAW OFFICES OF JOSEPH L. ALIOTO AND ANGELA ALIOTO**

　　　　　　　　　　　　　　　　　　　　/s/ Jordanna G. Thigpen
　　　　　　　　　　　　　　　　Jordanna G. Thigpen
　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS